# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dorr, Richard E. | US District Court Western District of MO | 5/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active US District Court | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 222 John Q. Hammons Parkway <br> Suite 3100 <br> Springfield, MO 65806 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10: 42 FINANCIAL DISCLOSURE OFFICE

Dorr, Richard E.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Signature Bank CD (X) | A | Int./Div. | J | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4. -O'Reilly Automotive (ORLY) Common Stock | | None | N | T | | | | | |
| 5. -SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 6. -Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 7. -Great Southern Bank (GSBC) Comm Stk | B | Dividend | L | T | Buy | 01/09/09 | J | | |
| 8. | | | | | Buy | 07/14/09 | J | | |
| 9. | | | | | Buy | 10/14/09 | J | | |
| 10. -Guaranty Fed Bancshares Inc (GFED) Comm Stk | | | J | T | | | | | |
| 11. USAA Investment Mgmt Co. IRA | D | Dividend | M | T | | | | | |
| 12. -USAA GNMA Trust | B | | | | | | | | |
| 13. -USAA High-Yield Opportunities Fund | B | | | | | | | | |
| 14. -USAA Income Fund | A | | | | | | | | |
| 15. -USAA Income Stk Fund | A | | | | | | | | |
| 16. -USAA S & P 500 Index Fund Member Shares | A | | | | | | | | |
| 17. -USAA Short-Term Bond Fund | B | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Springfield Trust Co. CONDUIT IRA | E | Dividend | O | T | | | | | |
| 19. -CASH EQUIVALENTS | | | | | | | | | |
| 20. --Federated Prime Obligations | | | | | | | | | |
| 21. -FIXED INCOME FUNDS | | | | | | | | | |
| 22. --Fed Total Return Bond (formerly Sers BD FD Instl SV) | | | | | Sold (part) | 04/07/09 | K | | |
| 23. | | | | | Buy | 09/16/09 | J | | |
| 24. --Pimco Foreign Bond-Unhedged (formerly FDS FGN BD UNH ADM) | | | | | Sold (part) | 04/07/09 | J | | |
| 25. | | | | | Buy | 09/16/09 | J | | |
| 26. --Vanguard Inflation Protected (formerly Securities FD) | | | | | Buy | 04/07/09 | K | | |
| 27. | | | | | Buy | 09/16/09 | J | | |
| 28. --VGD GNMA (formerly Fund #536) | | | | | Sold (part) | 04/07/09 | K | A | |
| 29. | | | | | Buy | 09/16/09 | J | | |
| 30. -EQUITY MUTUAL FUNDS | | | | | | | | | |
| 31. --VGD Dev Mkt Index (formerly Star Fd Dev Mkt Stk Index #227 | | | | | Buy | 04/07/09 | K | | |
| 32. | | | | | Buy | 09/16/09 | J | | |
| 33. --Vanguard 500 Index (formerly VGD IND 500 - INST #94) | | | | | Sold (part) | 04/07/09 | J | | |
| 34. | | | | | Buy | 09/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 PJ =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA US Micro Cap | | | | | Sold (part) | 04/07/09 | J | | |
| 36. | | | | | Sold (part) | 09/16/09 | J | | |
| 37. -- DFA US Sml Cap | | | | | Sold (part) | 04/07/09 | J | | |
| 38. | | | | | Sold (part) | 09/16/09 | J | | |
| 39. -- DFA US Sml Cap Val | | | | | Sold (part) | 04/07/09 | J | | |
| 40. | | | | | Sold (part) | 09/16/09 | J | | |
| 41. -- DFA Large Cap Val | | | | | Sold (part) | 04/07/09 | J | | |
| 42. | | | | | Sold (part) | 09/16/09 | J | | |
| 43. --DFA Intl Val (formerly PTF) | | | | | Buy | 04/07/09 | K | | |
| 44. | | | | | Sold (part) | 09/16/09 | J | A | |
| 45. -- DFA Intl Smcap Val | | | | | Buy | 04/07/09 | J | | |
| 46. | | | | | Sold (part) | 09/16/09 | J | | |
| 47. -- DFA Intl Sml CO (formerly Ptfl) | | | | | Buy | 04/07/09 | J | | |
| 48. | | | | | Sold (part) | 09/16/09 | J | | |
| 49. -- DFA EMERG MKTS VAL | | | | | Buy | 04/07/09 | J | | |
| 50. | | | | | Sold (part) | 09/16/09 | J | | |
| 51. | | | | | Buy | 12/14/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --DFA EMERG MKTS | | | | | Sold (part) | 04/07/09 | J | | |
| 53. | | | | | Sold (part) | 09/16/09 | J | | |
| 54. | | | | | Buy | 12/14/09 | J | | |
| 55. --DFA Emerg Mkts Small Cap | | | | | Buy | 04/07/09 | J | | |
| 56. | | | | | Sold (part) | 09/16/09 | J | | |
| 57. --Pimco Commodity Real Return (formerly SDS PAC INVT MGT SR) | | | | | Sold (part) | 04/07/09 | J | | |
| 58. | | | | | Buy | 09/16/09 | J | | |
| 59. | | | | | Buy | 12/17/09 | J | | |
| 60. -- Northern Global Real Estate (formerly FDS Global R/E IX) | | | | | Buy | 04/07/09 | J | | |
| 61. | | | | | Buy | 09/16/09 | J | | |
| 62. -- Vanguard Growth Index (formerly FDS GRW IDX Signal) | | | | | Sold (part) | 04/07/09 | J | | |
| 63. | | | | | Buy | 09/16/09 | J | | |
| 64. -- Federated High Yield Bond | | | | | Buy | 04/07/09 | J | | |
| 65. | | | | | Buy | 09/16/09 | J | | |
| 66. --Vanguard Short-Term Inv Grade | | | | | Buy | 04/07/09 | K | | |
| 67. | | | | | Buy | 09/16/09 | J | | |
| 68. -- Vanguard Int-Term Inv Grade | | | | | Buy | 04/07/09 | K | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 09/16/09 | J | | |
| 70. Ozark National Ordinary Life Ins. Policy | A | Int./Div. | J | T | | | | | |
| 71. Revocable Trust #1 | B | Dividend | M | T | | | | | |
| 72. - Cash Equivalents | | | | | | | | | |
| 73. -- Federated Prime Obligations | | | | | | | | | |
| 74. - Fixed Income Funds | | | | | | | | | |
| 75. -- Federated Total Return Bond (formerly Sers BD FD INV SV) | | | | | Sold (part) | 04/09/09 | J | | |
| 76. | | | | | Sold (part) | 05/19/09 | J | | |
| 77. | | | | | Sold (part) | 06/09/09 | J | | |
| 78. | | | | | Sold (part) | 08/11/09 | J | A | |
| 79. | | | | | Buy | 09/16/09 | J | | |
| 80. | | | | | Buy | 10/02/09 | J | | |
| 81. --Federated High Yield Bond | | | | | Buy | 04/08/09 | J | | |
| 82. | | | | | Sold (part) | 05/19/09 | J | A | |
| 83. | | | | | Sold (part) | 06/09/09 | J | A | |
| 84. | | | | | Buy | 09/16/09 | J | | |
| 85. | | | | | Buy | 10/02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Federated Ultra-Short Bond | | | | | Buy | 04/08/09 | J | | |
| 87. | | | | | Sold (part) | 05/19/09 | J | A | |
| 88. | | | | | Sold (part) | 06/09/09 | J | A | |
| 89. | | | | | Buy | 09/16/09 | J | | |
| 90.   -- Pimco Foreign Bond-Unhedged (formerly FDS FGN BD UNH AD) | | | | | Sold (part) | 04/09/09 | J | | |
| 91. | | | | | Sold (part) | 05/19/09 | J | | |
| 92. | | | | | Sold (part) | 06/09/09 | J | | |
| 93. | | | | | Sold (part) | 09/16/09 | J | A | |
| 94. | | | | | Buy | 10/02/09 | J | | |
| 95.   -- Vanguard GNMA (formerly Fund #536 ADM SH) | | | | | Sold (part) | 04/09/09 | J | A | |
| 96. | | | | | Sold (part) | 05/19/09 | J | A | |
| 97. | | | | | Sold (part) | 06/09/09 | J | A | |
| 98. | | | | | Buy | 09/16/09 | J | | |
| 99. | | | | | Buy | 10/02/09 | J | | |
| 100.   -- Vanguard Inflation Protected (formerly Securities FD) | | | | | Buy | 04/08/09 | J | | |
| 101. | | | | | Sold (part) | 05/19/09 | J | A | |
| 102. | | | | | Sold (part) | 06/09/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 08/11/09 | J | Λ | |
| 104. | | | | | Buy | 09/16/09 | J | | |
| 105. | | | | | Buy | 10/02/09 | J | | |
| 106. Vanguard Sht-Term Inv Grade | | | | | Buy | 04/08/09 | J | | |
| 107. | | | | | Sold (part) | 05/19/09 | J | Λ | |
| 108. | | | | | Sold (part) | 06/09/09 | J | Λ | |
| 109. | | | | | Buy | 09/16/09 | J | | |
| 110. | | | | | Buy | 10/02/09 | J | | |
| 111. Vanguard Int-Term Inv Grade | | | | | Buy | 04/08/09 | J | | |
| 112. | | | | | Sold (part) | 05/19/09 | J | Λ | |
| 113. | | | | | Sold (part) | 06/09/09 | J | Λ | |
| 114. | | | | | Sold (part) | 09/16/09 | J | A | |
| 115. | | | | | Buy | 10/02/09 | J | | |
| 116. -Equity Mutual Funds | | | | | | | | | |
| 117. --DFA US Micro Cap | | | | | Buy | 02/13/09 | J | | |
| 118. | | | | | Sold (part) | 04/09/09 | J | | |
| 119. | | | | | Sold (part) | 05/19/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 06/09/09 | J | | |
| 121. | | | | | Sold (Part) | 09/16/09 | J | A | |
| 122. | | | | | Buy | 10/02/09 | J | | |
| 123. --DFA Intl Sml CO (formerly PTFL) | | | | | Buy | 02/13/09 | J | | |
| 124. | | | | | Buy | 04/08/09 | J | | |
| 125. | | | | | Sold (part) | 05/19/09 | J | | |
| 126. | | | | | Sold (part) | 06/09/09 | J | | |
| 127. | | | | | Sold (part) | 09/16/09 | J | A | |
| 128. | | | | | Buy | 10/02/09 | J | | |
| 129. --DFAIntl SM CAP Val | | | | | Sold (part) | 01/02/09 | J | | |
| 130. | | | | | Buy | 04/08/09 | J | | |
| 131. | | | | | Sold (part) | 05/19/09 | J | | |
| 132. | | | | | Sold (part) | 06/09/09 | J | | |
| 133. | | | | | Sold (part) | 09/16/09 | J | A | |
| 134. | | | | | Buy | 10/02/09 | J | | |
| 135. --DFA US SM CAP VAL | | | | | Buy | 02/13/09 | J | | |
| 136. | | | | | Sold (part) | 04/09/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 05/19/09 | J | | |
| 138. | | | | | Sold (part) | 06/09/09 | J | | |
| 139. | | | | | Sold (part) | 09/16/09 | J | A | |
| 140. | | | | | Buy | 10/02/09 | J | | |
| 141. --DFA LARGE CAP VAL | | | | | Buy | 02/13/09 | J | | |
| 142. | | | | | Sold (part) | 04/09/09 | J | | |
| 143. | | | | | Sold (part) | 05/19/09 | J | A | |
| 144. | | | | | Sold (part) | 06/09/09 | J | A | |
| 145. | | | | | Sold (part) | 08/11/09 | J | A | |
| 146. | | | | | Sold (part) | 09/16/09 | J | A | |
| 147. | | | | | Buy | 10/02/09 | J | | |
| 148. --DFA US SML CAP | | | | | Buy | 02/13/09 | J | | |
| 149. | | | | | Sold (part) | 04/09/09 | J | | |
| 150. | | | | | Sold (part) | 05/19/09 | J | A | |
| 151. | | | | | Sold (part) | 06/09/09 | J | A | |
| 152. | | | | | Sold (part) | 09/16/09 | J | A | |
| 153. | | | | | Buy | 10/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --DFA INTL VALUE (formerly PTF) | | | | | Buy | 02/13/09 | J | | |
| 155. | | | | | Buy | 04/08/09 | J | | |
| 156. | | | | | Sold (part) | 05/19/09 | J | | |
| 157. | | | | | Sold (part) | 06/09/09 | J | | |
| 158. | | | | | Sold (part) | 08/11/09 | J | A | |
| 159. | | | | | Buy | 09/16/09 | J | | |
| 160. | | | | | Buy | 10/02/09 | J | | |
| 161.  DFA Emerging Mkt Value | | | | | Buy | 04/08/09 | J | | |
| 162. | | | | | Sold (part) | 05/19/09 | J | A | |
| 163. | | | | | Sold (part) | 06/20/09 | J | A | |
| 164. | | | | | Sold (part) | 09/16/09 | J | A | |
| 165. | | | | | Buy | 10/02/09 | J | | |
| 166. | | | | | Buy | 12/14/09 | J | | |
| 167.  DFA Emerging Mkts | | | | | Buy | 04/08/09 | J | | |
| 168. | | | | | Sold (part) | 05/19/09 | J | A | |
| 169. | | | | | Sold (part) | 06/09/09 | J | A | |
| 170. | | | | | Sold (part) | 09/16/09 | J | A | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q = Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 12/14/09 | J | | |
| 172. --VGD Developed Mkt Index (formerly Star FD DEV MKT #227) | | | | | Buy | 02/13/09 | J | | |
| 173. | | | | | Buy | 04/08/09 | J | | |
| 174. | | | | | Sold (part) | 05/19/09 | J | | |
| 175. | | | | | Sold (part) | 06/09/09 | J | A | |
| 176. | | | | | Sold (part) | 08/11/09 | J | A | |
| 177. | | | | | Buy | 09/16/09 | J | | |
| 178. | | | | | Buy | 10/02/09 | J | | |
| 179. -- VGD 500 Index (formerly IND 500-INST #94) | | | | | Buy | 02/13/09 | J | | |
| 180. | | | | | Sold (part) | 04/09/09 | J | | |
| 181. | | | | | Sold (part) | 05/19/09 | J | A | |
| 182. | | | | | Sold (part) | 09/16/09 | J | A | |
| 183. | | | | | Buy | 10/02/09 | J | | |
| 184. -- Pimco Commodity Real Return (formerly FD PC INV MGT COM) | | | | | Sold (part) | 04/09/09 | J | | |
| 185. | | | | | Sold (part) | 05/19/09 | J | | |
| 186. | | | | | Sold (part) | 06/09/09 | J | | |
| 187. | | | | | Sold (part) | 09/16/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 10/02/09 | J | | |
| 189. | | | | | Buy | 12/14/09 | J | | |
| 190. -- Northern Global Real Estate (formerly FDS Global Re/IDX) | | | | | Buy | 02/13/09 | J | | |
| 191. | | | | | Buy | 04/08/09 | J | | |
| 192. | | | | | Sold (part) | 05/19/09 | J | | |
| 193. | | | | | Sold (part) | 06/09/09 | J | Λ | |
| 194. | | | | | Sold (part) | 08/11/09 | J | Λ | |
| 195. | | | | | Buy | 10/02/09 | J | | |
| 196. -- Vanguard Growth Index (formerly FDS GRW IDX Signal) | | | | | Sold (part) | 04/09/09 | J | | |
| 197. | | | | | Sold (part) | 05/19/09 | J | Λ | |
| 198. | | | | | Sold (part) | 06/09/09 | J | Λ | |
| 199. | | | | | Sold (part) | 09/16/09 | J | A | |
| 200. | | | | | Buy | 10/02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E. | 5/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544